MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

   450 Golden Gate Avenue; Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7128
   Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> MICHAEL STEVEN BANUELOS, <br>     Defendant. | No. CR 12-0561 WHA <br><br> [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM OCTOBER 23, 2012, TO NOVEMBER 6, 2012, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |

The parties appeared before this Court on October 23, 2012. The Court enters this order scheduling a status hearing before this Court on November 6, 2012, at 2:00 p.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from October 23, 2012, to and including November 6, 2012. The parties agreed, and the Court found and held, as follows:

1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery and other materials the government has produced.

2. Accordingly, the Court found that the ends of justice served by excluding the period

STIPULATION AND ORDER
CR 12-0561 WHA

from October 23, 2012, to and including November 6, 2012, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

3. Therefore, and with the consent of the defendant and his attorney, the Court ordered that the period from October 23, 2012, to and including November 6, 2012, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

4. The Court scheduled a status hearing on November 6, 2012, at 2:00 p.m. The Court instructed the parties that on that date the defendant will plead guilty or a motions schedule will be set.

IT IS SO STIPULATED.

DATED: November 6, 2012

_____/s/_____
W. DOUGLAS SPRAGUE
Assistant United States Attorney

DATED: November 6, 2012

_____/s/_____
BRANDON LeBLANC
Attorney for Defendant

**IT IS SO ORDERED**.

DATED: November  6 , 2012



WILLIAM ALSUP
United States District Judge

STIPULATION AND ORDER
CR 12-0561 WHA                    2